UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY WOMACK,

    Plaintiff,

    v.

AASONN LLC,

    Defendant.

Case No. 17-cv-03276-SI

**JUDGMENT**

This action has been dismissed for lack of federal subject matter jurisdiction, without prejudice to plaintiff's claim being brought in state court or other forum. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 8, 2017

_____
SUSAN ILLSTON
United States District Judge